IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

08 MAY 28 PM 2:

CLERK-SANTA F

**MARK CHRISTOPHER SCHMADER,**
Plaintiff,

vs.

No. CIV 07-1018 MV/LCS

**RON TORRES, Director, and the Attorney General for the State of New Mexico,**
Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed March 18, 2008 (Doc. 22). Plaintiff filed objections on April 4, 2008 (Doc. 23). Defendants filed no objections. Pursuant to 28 U.S.C. § 636(b)(1), I have conducted a *de novo* review of the entire file and find Plaintiff's objections to be without merit. The Court further finds the Proposed Findings and Recommended Disposition should be adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed March 18, 2008 (Doc. 22) are adopted by the Court. A Judgment consistent with this Order shall be issued forthwith.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**